**United States District Court**
For the Northern District of California

1

2

3                         UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6     ZACHARY L. WEIR,

7                    Plaintiff,                    No. C 13-1723 EDL (PR)

8            v.                                    **ORDER OF TRANSFER**

9     JUDGE SZUMOWSKI, et. al.,

10                   Defendants.

_____/

11

12          This is a civil rights case brought pro se by a state prisoner.  The majority of acts

13    complained of regard plaintiff's arrest and conviction that occurred in San Diego County,

14    which lies within the venue of the United States District Court for the Southern District of

15    California, and all defendants reside there as well.[1]  Venue, therefore, properly lies in that

16    district and not in this one.  *See* 28 U.S.C. § 1391(b).

17          This case is **TRANSFERRED** to the United States District Court for the Southern

18    District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not

19    rule upon plaintiff's request for leave to proceed in forma pauperis.

20          **IT IS SO ORDERED.**

21    Dated: April 23, 2013.

                                                  _____
22                                                ELIZABETH D. LAPORTE
                                                  United States Chief Magistrate Judge

23

24    G:\PRO-SE\EDL\CR.13\Weir1723.trn.wpd

25

26

27    _____

28          [1] Plaintiff briefly describes some events regarding his mail that occurred at Atascadero
      State Hospital which lies in the Central District of California, yet all defendants and the bulk
      of his allegations involve events that occurred in the Southern District of California.