UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY L. WEIR,

    Plaintiff,

v.

JUDGE SZUMOWSKI, et. al.,

    Defendants.

No. C 13-1723 EDL (PR)

**ORDER OF TRANSFER**

    This is a civil rights case brought pro se by a state prisoner. The majority of acts complained of regard plaintiff's arrest and conviction that occurred in San Diego County, which lies within the venue of the United States District Court for the Southern District of California, and all defendants reside there as well.[1] Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Southern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: April 23, 2013.

                       ELIZABETH D. LAPORTE
                       United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Weir1723.trn.wpd

---

[1] Plaintiff briefly describes some events regarding his mail that occurred at Atascadero State Hospital which lies in the Central District of California, yet all defendants and the bulk of his allegations involve events that occurred in the Southern District of California.